UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
ANTONIO CARRERA  
BERTHA NELLY CARRERA

CASE NO. 05-11002-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 821.15 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 11/12/10

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

ANTONIO CARRERA  
BERTHA NELLY CARRERA  
6087 CORAL WAY  
MIAMI, FL 33155

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

CACV MBNA  
COLLECT AMERICA  
370 SEVENTEENTH ST STE 5000  
DENVER, CO 80202

EASTERN FINANCIAL FLORIDA CU  
C/O J MAURICE FINKEL PA  
28 WEST FLAGLER STREET 330  
MIAMI, FL 33130

CACV BANK OF AMERICA EAST  
COLLECT AMERICA  
370 SEVENTEENTH ST STE 5000  
DENVER, CO 80202

U.S. Trustee  
51 S W 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-11002-BKC-RAM
ANTONIO CARRERA
BERTHA NELLY CARRERA

                                      CHAPTER 13


ANTONIO CARRERA
BERTHA NELLY CARRERA
6087 CORAL WAY
MIAMI, FL 33155


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CACV MBNA                            ---------$         220.69
COLLECT AMERICA
370 SEVENTEENTH ST STE 5000          UNDELIVERABLE/STALE
DENVER, CO 80202                     CLAIM REGISTER# _19_

EASTERN FINANCIAL FLORIDA CU         ---------$          12.30
C/O J MAURICE FINKEL PA
28 WEST FLAGLER STREET 330           UNDELIVERABLE/STALE
MIAMI, FL 33130                      CLAIM REGISTER# _8_

CACV BANK OF AMERICA EAST            ---------$         588.16
COLLECT AMERICA
370 SEVENTEENTH ST STE 5000          UNDELIVERABLE/STALE
DENVER, CO 80202                     CLAIM REGISTER# _18_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130